Case No. 22-1203

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MICHAEL SULLIVAN

    Plaintiff - Appellant

v.

LG CHEM LTD;

    Defendant - Appellee

LG ENERGY SOLUTION MICHIGAN, INCORPORATED

    Defendant

BEFORE: MOORE, Circuit Judge; CLAY, Circuit Judge; GIBBONS, Circuit Judge.

Upon consideration of the appellee's motion to stay the mandate,

It is **ORDERED** that the motion be, and it hereby is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: October 12, 2023

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 10/12/2023.

**Case Name:** Michael Sullivan v. LG Chem Ltd.
**Case Number:** 22-1203

**Docket Text:**
ORDER filed denying appellee's motion to stay mandate [7061219-2] filed by Ms. Rachel A. Hedley. Karen Nelson Moore, Circuit Judge; Eric L. Clay, Circuit Judge and Julia Smith Gibbons, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Ms. Cynthia M. Filipovich
Mr. Mark Granzotto
Ms. Rachel A. Hedley
Mr. Wolfgang Mueller